IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS CLIFTON, | ) | |
| Plaintiff, | ) | 2:09-cv-01093-GEB-GGH |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR RECONSIDERATION[*] |
| ARNOLD SCHWARZENEGGER, DAVE SHAW, EDMUND G. BROWN JR., MATHEW CATE, U.S. ATTORNEY GENERAL ERIC H. HOLDER, JAN SCULLY, ROBERT BURNS, GERALD T. SHEA, DAVID GRANT, DEPARTMENT OF JUSTICE INSPECTOR GENERAL GLEN A. FINN, DEPUTY ATTORNEY GENERAL JEFF STEEL, JOHN DOE ONE, JOHN DOE TWO, JOHN DOE THREE, JOHN DOE FOUR, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

On December 4, 2009 Plaintiff filed a motion for reconsideration in which it appears he wants the dismissal of his case to be reconsidered because "[o]n October 20, 2009, Magistrate Brennan issued an order granting amendment" of Plaintiff's complaint. (Mot. 1). The order granting Plaintiff leave to amend, however, was issued in another case, <u>Clifton v. Arnold Schwarzenegger, et al.</u>, 2:09-cv-1351-FCD-EFB. In this case, an order adopting the findings and recommendations of Magistrate Judge Gregory Hollows dismissing this

---

[*] This matter is deemed to be suitable for decision without oral argument.  E.D. Cal. R. 230(g).

1

case was issued on November 30, 2009. Plaintiff has not been given leave to amend in this case. Accordingly, Plaintiff's motion for reconsideration is denied.

Dated: February 26, 2010

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge